UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| USDC SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #: _____ | |
| DATE FILED:   8/18/2023 | |

VIRGINIA SANCHEZ,

               Plaintiff,

     -against-

KILOLO KIJAKAZI, Acting Commissioner of
Social Security,

            Defendant.

23 Civ. 7248

**ORDER GRANTING
IFP APPLICATION**

ANALISA TORRES, United States District Judge:

    Leave to proceed in this Court without prepayment of fees is authorized. *See* 28 U.S.C.

§ 1915.

SO ORDERED.

Dated:   August 18, 2023
        New York, New York

                             ANALISA TORRES
                       United States District Judge